IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:11-CR-346-1-BO(4)
5:11-CR-346-2-BO(4)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHARLENE LYDIA BLAINE | ) | |
| DONALD KENT BLAINE, | ) | |
| | ) | |
| Defendants. | ) | |

This case comes before the court in connection with the government's motion (D.E. 15), supported by an amended memorandum (D.E. 22), to make permanent the temporary condition included in the orders setting conditions of release as to each defendant (D.E. 13 ¶ (8)(j); 14 ¶¶ (8)(j)) that they not have contact with each other outside the presence of counsel. Defendants filed memoranda (D.E. 24, 26) in opposition. The government has now withdrawn its motion. (*See* D.E. 23). Having reviewed the submissions by the parties, the court finds that, irrespective of the withdrawal, the record does not show that the condition is reasonably necessary as to either defendant.

IT IS THEREFORE ORDERED as follows:

1. The condition included in the orders setting conditions of release as to each defendant (D.E. 13 ¶ (8)(j); 14 ¶¶ (8)(j)) that they not have contact with each other outside the presence of counsel is STRICKEN, and they may have such contact.

2. Except as modified herein, all provisions of the orders setting conditions of release, including conditions that may otherwise affect in some way contact between defendants (*e.g.*, ¶ (1)

(requiring that the defendant not violate any federal, state, or local law while on release)), remain in full force and effect.

This, the 18th day of November 2011.

James E. Gates
United States Magistrate Judge