UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-346-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER TO SURRENDER** |
| CHARLENE LYDIA BLAINE | |

This matter has come before the Court on an unopposed motion by defendant to extend the self surrender date to FPC Alderson from December 2, 2013 to January 13, 2014.

For good cause shown, the Motion to Extend the Self Surrender date is hereby GRANTED and the defendant shall surrender to FPD Alderson on Jan. 13, 2014.

The United States Marshal is hereby directed to notify the United States Bureau of Prisons that the surrender date has been extended, and that the Defendant shall report to FPC Alderson no later than 12:00 noon on January 13, 2014.

SO ORDERED..

This 26 day of November, 2013.

TERRENCE W. BOYLE
United States District Judge